# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

REGGIE LITTLE,

    Plaintiff,

v.                                                            Civil Action No. 1:15-CV-00028-GHD-DAS

SMITH & NEPHEW, INC. and
JOHN DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, upon stipulation of Plaintiff Reggie Little and Defendant Smith & Nephew, Inc., that the matters in controversy have been resolved, and the parties have consented to a dismissal of the action with prejudice,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as the FINAL JUDGMENT of the Court that this lawsuit is hereby dismissed with prejudice, with each party to bear its own costs of litigation, and court costs assessed against Smith & Nephew, Inc.

SO ORDERED, this, the 7 day of June, 2016.

                                                                     SENIOR U.S. DISTRICT JUDGE

APPROVED:

s/ Kathryn K. Van Namen
Glen G. Reid, Jr. (TN#08184)
Kathryn K. Van Namen (MS#104079)
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
(901) 537-1000 (Telephone)
(901) 537-1010 (Facsimile)
greid@wyattfirm.com
kvannamen@wyattfirm.com
Counsel for Smith & Nephew, Inc.

s/ Dustin C. Childers
Dustin C. Childers, MBN 103746
Casey L. Lott, MBN 101766
LANGSTON & LOTT, P.A.
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
Counsel for Reggie Little